IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ANTONIO BROWN, personal representative of the estate of GEORGE LEWIS, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Civil Action No.: 2:06-2143-TLW-RSC |

# ORDER

On July 27, 2006, the plaintiff, George Lewis, Jr., brought this action against the defendant, Michael J. Astrue, the Commissioner of Social Security, pursuant to Sections 205(g) of the Social Security Act, as amended (42 U.S.C. §405 (g)) seeking judicial review of the final decision of the Commissioner wherein he was denied disability insurance benefits under Title II of the Social Security Act. (Doc. #1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Robert S. Carr to whom this case had previously been assigned. In the Report, Magistrate Judge Carr recommends that the "Commissioner's decision be reversed under sentence four of 42 U.S.C. §405(g) and 1383 (c)(3)," and the case be "remanded to the Commissioner to award benefits." (Doc. #23). The defendant filed no objections to the Report. Objections were due by October 29, 2007.

This Court is charged with conducting a de novo review of any portion of the Magistrate

1

Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #23) and the Commissioner's decision is hereby reversed and remanded to the administrative law judge whom shall award benefits.

**IT IS SO ORDERED**.

s/Terry L.Wooten

Terry L. Wooten
United States District Judge

February 21, 2008
Florence, South Carolina

2